

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00368-CV

**IN THE INTEREST OF X.J.R.**, A.W.R., Z.N.B., L.K.B., and G.E.B., Children

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-01964
Honorable Angelica Jimenez, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellants are unable to afford payment of costs; no costs are taxed in this appeal.

SIGNED January 13, 2021.

_____
Patricia O. Alvarez, Justice